IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC GRONDAHL and
JUSTINA BENNETT,

       Plaintiff,

v.

BURNETT COUNTY SHERIFF'S
DEPARTMENT, et al.

       Defendants.

ORDER

Case No.  26-cv-700-wmc

---

Plaintiffs Eric Grondahl and Justina Bennett have filed a proposed civil complaint.  Plaintiffs seek to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.  From the affidavit of indigency plaintiffs have submitted, I find that plaintiffs are unable to prepay the fees and costs of commencing this action or to give security therefor.

IT IS ORDERED that:

1.      Plaintiffs Eric Grondahl and Justina Bennett's petition for leave to proceed without prepayment of fees is GRANTED.

2.      No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  Once the screening process is complete, a separate order will issue.

Entered this 30th day of July, 2026.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge