IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC THOMAS GRONDAHL,
JUSTINA RENA BENNETT and
KENNETH ARTHUR BENNETT,                                      ORDER

       Plaintiffs,                                      Case No. 26-cv-700-wmc

    v.

BURNETT COUNTY SHERIFF'S DEPARTMENT *et al.*,

       Defendants.

On July 29, 2026, plaintiffs Eric Grondahl and Justina Bennett filed a civil complaint against the Burnett County Sheriff's Department, among others. Plaintiffs sought leave to proceed without prepayment of the filing fee, explaining that they were unhoused and indigent, with no disposable income. S*ee* dkts. 2-3. I granted the motion. Now plaintiffs have filed an amended complaint naming a third plaintiff, Kenneth Bennett. Collectively, plaintiffs again seek leave to proceed without prepaying the filing fee under 28 U.S.C. § 1915. *See* dkt. 6.

Grondahl and Justina Bennett would still qualify for indigent status, but the court needs more information from Kenneth Bennett. Kenneth Bennett receives social security benefits, but the amount is unknown. Social security is a form of income, so the amount matters. The court also needs to know whether Bennett owns other assets, e.g., a home, a retirement account, or savings. Unlike Grondahl and Justina Bennett, who are "Transient/Unhoused," Kenneth Bennett "[resides] locally." *See* dkt. 6 at 1-2. If Bennett owns other assets, then the court must consider those assets. If he pays a mortgage or rent, then the court must consider his expenses and any other debts. From the affidavit of indigency that plaintiffs have submitted, I cannot determine whether Kenneth Bennett also qualifies for indigent status.

ORDER

IT IS ORDERED that plaintiff Kenneth Bennett may have until September 4, 2026, to file a new affidavit of indigency, taking care to list the type and amount of any source of income, other assets that he owns, and whether and how basic necessities are paid — rent, utilities, etc. Plaintiff is encouraged to use the court's non-prisoner application to proceed without prepaying fees or costs, which is attached. In addition, Bennett must provide the court with his current mailing address. If Bennett fails to provide the requested financial information, then the court may deny plaintiffs' new request for leave to proceed *in forma pauperis*.

Entered this 13th day of August, 2026.

BY THE COURT:

s/
ANDREW R. WISEMAN
U.S. Magistrate Judge